IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM BERRY,

    Plaintiff,   No. CIV S-04-2580 LKK KJM PS

  vs.

THE STATE OF CALIFORNIA, et al.,

    Defendants.   <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 4, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2005, are adopted in full;

2. Defendants' motion to dismiss is granted; and

3. This action is dismissed.

DATED: July 22, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

berr2580.jo